

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00343-CV

**IN RE** Reverend William **RICE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

Delivered and Filed:  June 10, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On June 3, 2015, relator filed a petition for writ of mandamus complaining of the trial court's denial of his request for a jury trial in the underlying appeal to county court from an administrative determination by Animal Care Services. *See* TEX. HEALTH & SAFETY CODE ANN. § 822.0421(b) (West 2010). Mandamus relief is only available if the relator establishes both a clear abuse of the trial court's discretion and the lack of an adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding); *see also In re Johnson*, 238 S.W.3d 846, 848 (Tex. App.—El Paso 2007, orig. proceeding) (denying mandamus in proceeding challenging denial of jury trial because relator failed to show inadequate remedy by appeal). The court has considered relator's petition for writ of mandamus and is of the opinion that

---

[1] This proceeding arises out of Cause No. 2014CV00379, styled *Reverend William Rice v. City of San Antonio, Animal Care Services*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable Timothy Johnson presiding.

relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM